# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cleland, Robert H. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 07/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

425 Water St
Port Huron, MI 48060

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust |
| 2. | General Manager | Partnership |
| 3. | Member | Investment Club |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. S1 (H) | | | | | | | | | |
| 2. -3M Corp (Common) | | None | | | Sold | 01/03/18 | J | C | |
| 3. -Abbvie Inc (Common) | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 4. | | | | | Sold (part) | 12/07/18 | J | | |
| 5. -Accenture (Common) | | None | | | Buy | 01/03/18 | J | | |
| 6. | | | | | Sold | 03/06/18 | J | A | |
| 7. -Advansix Inc (Common) | | None | J | T | | | | | |
| 8. -Aetna Inc (Common) | A | Dividend | | | Merged (with line 49) | 11/28/18 | J | | |
| 9. -Allstate Corp (Common) | C | Dividend | N | T | | | | | |
| 10. -Amdocs Ltd (Common) | A | Dividend | J | T | | | | | |
| 11. -Ameriprise Financal Inc (Common) | A | Dividend | | | Sold | 12/07/18 | K | | |
| 12. -Ametek Inc (Common) | A | Dividend | K | T | | | | | |
| 13. -Analog Devices Inc (Common) | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 14. | | | | | Sold (part) | 12/07/18 | J | | |
| 15. -Andeavor (Common) | A | Dividend | | | Merged (with line 123) | 10/01/18 | J | | |
| 16. -AT&T (Common) formerly known as Time Warner (X) | A | Dividend | J | T | Open | 06/12/18 | J | | |
| 17. | | | | | Sold (part) | 11/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Barnes Group Inc (Common) | A | Dividend | | | Sold | 04/11/18 | J | B | |
| 19. -Becton Dickinson & Co (Common) | A | Dividend | J | T | | | | | |
| 20. -Best Buy (Common) | A | Dividend | K | T | | | | | |
| 21. -Big Lots Inc (Common) | | None | | | Sold | 01/10/18 | J | A | |
| 22. -Boeing Co (Common) | A | Dividend | K | T | | | | | |
| 23. -Borg Warner Inc (Common) | A | Dividend | | | Buy | 04/03/18 | J | | |
| 24. | | | | | Sold | 12/07/18 | J | | |
| 25. -Broadcom Inc (Common) | A | Dividend | | | Buy | 06/20/18 | J | | |
| 26. | | | | | Sold | 12/07/18 | J | | |
| 27. -Brown & Brown Inc (Common) | | None | | | Sold | 01/10/18 | J | B | |
| 28. -Brunswick Corp (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 29. -CAE Inc (Common) | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 30. -Carlisle Companies Inc (Common) | A | Dividend | | | Sold | 12/07/18 | J | B | |
| 31. -Carpenter Technology Corp (Common) | | None | | | Buy | 03/15/18 | J | | |
| 32. | | | | | Sold | 04/11/18 | J | | |
| 33. -Catepillar Inc (Common) | | None | | | Buy | 07/05/18 | K | | |
| 34. | | | | | Sold | 12/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Celanese Corp (Common) | | None | | | Sold | 01/03/18 | K | D | |
| 36. -Chubb LTD (Common) | | None | | | Buy | 01/03/18 | J | | |
| 37. | | | | | Sold | 03/06/18 | J | | |
| 38. -Cigna Corp (Common) | A | Dividend | K | T | | | | | |
| 39. -CME Group Inc (Common) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 40. -Cognizant Technology Solutions Corp (Common) | | None | | | Sold | 12/07/18 | J | | |
| 41. -Columbia Sports Wear Co (Common) | A | Dividend | | | Sold | 04/11/18 | K | D | |
| 42. -Convergys Corp (Common) | A | Dividend | | | Sold | 02/14/18 | J | | |
| 43. -Cooper Cos Inc (Common) | A | Dividend | J | T | | | | | |
| 44. -Copa Holdings (Common) | A | Dividend | | | Buy | 01/10/18 | J | | |
| 45. | | | | | Sold | 07/11/18 | J | | |
| 46. -Corning Inc (Common) | A | Dividend | | | Sold | 05/09/18 | J | B | |
| 47. -Cummins, Inc (Common) | A | Dividend | | | Buy (add'l) | 06/08/18 | J | | |
| 48. | | | | | Sold | 09/05/18 | J | | |
| 49. -CVS Health Corp (Common) formerly known as Aetna (X) | A | Dividend | J | T | Open | 11/28/18 | J | | |
| 50. -Deere & Co (Common) | A | Dividend | | | Buy (add'l) | 06/08/18 | J | | |
| 51. | | | | | Sold | 07/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Delta Airlines Inc (Common) | A | Dividend | J | T | | | | | |
| 53. -Discover Financial Services (Common) | C | Dividend | M | T | | | | | |
| 54. -Discovery Communications Inc (Common) | | None | | | Sold | 01/03/18 | J | | |
| 55. -Dollar General Corp (Common) | A | Dividend | K | T | | | | | |
| 56. -Dollar Tree Stores (Common) | | None | K | T | | | | | |
| 57. -Dominion Energy Inc (Common) | A | Dividend | K | T | Buy | 12/04/18 | K | | |
| 58. -DowDupont Inc (Common) | | None | | | Sold | 01/03/18 | J | | |
| 59. -DR Horton Inc (Common) | A | Dividend | | | Sold | 04/03/18 | K | D | |
| 60. -DTE Energy Co (Common) | D | Dividend | N | T | | | | | |
| 61. -Edison International (Common) | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 62. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 63. -Express Scripts (Common) | | None | | | Buy | 05/01/18 | J | | |
| 64. | | | | | Sold | 12/24/18 | J | C | |
| 65. -Exxon Mobil Corp (Common) | C | Dividend | L | T | | | | | |
| 66. | | | | | | | | | |
| 67. -Fifth Third Bancorp (Common) | A | Dividend | | | Buy | 05/01/18 | J | | |
| 68. | | | | | Buy (add'l) | 06/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/04/18 | J | | |
| 70.   -Fluor Corp (Common) | A | Dividend | | | Buy | 03/06/18 | J | | |
| 71. | | | | | Sold | 07/05/18 | J | | |
| 72.   -Fortune Brands Home & Securi Inc (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |
| 73. | | | | | Sold | 06/13/18 | J | | |
| 74.   -Franklin Resources Inc (Common) | A | Dividend | | | Sold | 02/14/18 | J | | |
| 75.   -Gentex Corp (Common) | A | Dividend | J | T | | | | | |
| 76.   -Gildan Activewear Inc (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |
| 77. | | | | | Sold | 07/11/18 | J | | |
| 78.   -Greenbrier Companies Inc (Common) | A | Dividend | | | Buy | 06/13/18 | J | | |
| 79. | | | | | Sold | 12/07/18 | J | | |
| 80.   -Hasbro Inc (Common) | A | Dividend | | | Sold | 05/01/18 | J | | |
| 81.   -Herman Miller Inc (Common) | A | Dividend | J | T | | | | | |
| 82.   -Hollyfrontier Corp (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |
| 83. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 84. | | | | | Sold | 12/07/18 | J | | |
| 85.   -Home Depot, Inc (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Honeywell International Inc (Common) | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 87. -Humana Inc (Common) | A | Dividend | | | Sold | 05/01/18 | K | D | |
| 88. -Illinois Tool Works Inc (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 89. -Imperial Oil Ltd (Common) | A | Dividend | | | Sold | 03/15/18 | J | | |
| 90. -Ingersoll-Rand PLC (Common) | A | Dividend | J | T | | | | | |
| 91. -InterDigital Inc (Common) | A | Dividend | | | Buy | 01/10/18 | J | | |
| 92. | | | | | Sold | 12/07/18 | J | | |
| 93. -International Speedway Inc (Common) | A | Dividend | J | T | | | | | |
| 94. -iShares Core S&P US Value ETF | C | Dividend | M | T | Buy | 12/07/18 | M | | |
| 95. -iShares Russell 1000 Value ETF | C | Dividend | L | T | Buy | 12/07/18 | M | | |
| 96. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 97. | | | | | Sold (part) | 09/06/18 | J | A | |
| 98. -Jazz Pharmaceuticals PLC (Common) | | None | | | Buy | 05/01/18 | J | | |
| 99. | | | | | Sold | 12/07/18 | J | | |
| 100. -Kadant Inc (Common) | A | Dividend | | | Sold | 01/10/18 | K | D | |
| 101. -Kansas City Southern (Common) | | None | | | Buy | 10/03/18 | J | | |
| 102. | | | | | Sold | 12/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Kohls Inc (Common) | A | Dividend | J | T | | | | | |
| 104. -L3 Technologies Inc (Common) | A | Dividend | | | Buy | 04/03/18 | J | | |
| 105. | | | | | Sold | 12/07/18 | J | | |
| 106. -La-Z-Boy Inc (Common) | A | Dividend | | | Buy | 07/11/18 | J | | |
| 107. | | | | | Sold | 12/07/18 | J | | |
| 108. -Laboratory Corp of America Holdings (Common) | | None | K | T | | | | | |
| 109. -Lam Research Corp (Common) | A | Dividend | | | Sold (part) | 03/15/18 | K | D | |
| 110. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 111. | | | | | Sold (part) | 12/07/18 | J | | |
| 112. -Lockheed Martin Corp (Common) | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 113. | | | | | Sold (part) | 12/07/18 | J | | |
| 114. -Louisiana Pacific Corp (Common) | A | Dividend | | | Buy | 09/06/18 | J | | |
| 115. | | | | | Sold | 12/07/18 | J | | |
| 116. -Lowes Companies Inc (Common) | A | Dividend | | | Buy (add'l) | 06/08/18 | J | | |
| 117. | | | | | Sold | 07/05/18 | J | | |
| 118. -Magna Internatonal Inc (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 119. -Manpowergroup Inc (Common) | A | Dividend | | | Buy | 01/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 06/13/18 | J | | |
| 121. -Mantech Intl Corp (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |
| 122. | | | | | Sold | 12/07/18 | J | | |
| 123. -Marathon Oil Petroleum Corp (Common) fka Andeavor (X) | A | Dividend | J | T | Open | 01/03/18 | J | | |
| 124. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 125. | | | | | Sold (part) | 12/04/18 | K | | |
| 126. -Marsh & McLennan Cos Inc (Common) | | None | | | Buy | 01/10/18 | J | | |
| 127. -Marvell Technology Group LTD (Common) | A | Dividend | | | Buy | 07/05/18 | J | | |
| 128. | | | | | Sold | 12/04/18 | J | | |
| 129. -McCorrmick & Co Inc (Common) | A | Dividend | K | T | Buy | 12/04/18 | K | | |
| 130. -McKesson Corp (Common) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 131. -Microchip Technology Inc (Common) | A | Dividend | | | Buy (add'l) | 09/05/18 | J | | |
| 132. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 133. | | | | | Sold | 12/07/18 | J | | |
| 134. -Mohawk Industries Inc (Common) | | None | | | Sold | 07/31/18 | J | | |
| 135. -Morgan Stanley (Common) | C | Dividend | M | T | | | | | |
| 136. -NCR Corp (Common) | | None | | | Sold | 09/05/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Nextera Energy Inc (Common) | A | Dividend | K | T | Buy | 03/06/18 | J | | |
| 138. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 139. -Norbond Inc (Common) | B | Dividend | | | Buy | 05/09/18 | J | | |
| 140. | | | | | Sold | 10/03/18 | J | | |
| 141. -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 142. | | | | | Sold (part) | 12/07/18 | J | | |
| 143. -NVent (Common) (X) | B | Dividend | L | T | Spinoff (from line 150) | 05/01/18 | L | | |
| 144. -Omnicom Group (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 145. -Oshkosh Corp (Common) | A | Dividend | J | T | | | | | |
| 146. -Owens Corning Inc (Common) | A | Dividend | | | Sold | 05/09/18 | J | C | |
| 147. -Oxford Industries Inc (Common) | A | Dividend | J | T | Buy | 04/11/18 | J | | |
| 148. -Parker-Hannifin Corp (Common) | A | Dividend | | | Buy | 06/05/18 | J | | |
| 149. | | | | | Sold | 12/07/18 | J | | |
| 150. -Pentair PLC (Common) | D | Dividend | N | T | | | | | |
| 151. -Phillip 66 (Common) | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 152. -Pinnacle West Cap Corp (Common) | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 153. -Prologis Inc (Common) | A | Dividend | K | T | Buy | 09/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Quest Diagnostics Inc (Common) | A | Dividend | | | Sold | 04/03/18 | J | | |
| 155.  -Raymond James Financial Inc (Common) | A | Dividend | | | Buy | 04/03/18 | J | | |
| 156. | | | | | Sold | 12/07/18 | J | | |
| 157.  -Regal Beloit Corp (Common) | | None | | | Buy | 02/14/18 | J | | |
| 158. | | | | | Sold | 03/15/18 | J | | |
| 159.  -Reliance Steel & Aluminum Co (Common) | A | Dividend | | | Buy | 03/15/18 | J | | |
| 160. | | | | | Sold | 12/07/18 | J | | |
| 161.  -Royal Caribbean Cruises Ltd (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 162.  -Schnitzer Steel Industries Inc (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 163.  -Simon Property Group REIT Inc (Common) | A | Dividend | K | T | Buy | 10/02/18 | K | | |
| 164.  -SPDR Dow Jones Industrial Average ETF | B | Dividend | L | T | Buy | 12/07/18 | M | | |
| 165.  -Synovus Financial Corp (Common) | A | Dividend | | | Buy | 07/05/18 | J | | |
| 166. | | | | | Sold | 12/04/18 | J | | |
| 167.  -Sysco Corp (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 168.  -T-Mobile US Inc (Common) | | None | J | T | Buy | 12/04/18 | J | | |
| 169.  -Tapestry Inc (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 170.  -TE Connectivity Ltd (Common) | A | Dividend | J | T | Sold (part) | 04/11/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Teradyne Inc (Common) | A | Dividend | | | Sold | 06/05/18 | J | | |
| 172. -Texas Instruments Inc (Common) | A | Dividend | K | T | | | | | |
| 173. -Time Warner Inc (Common) | A | Dividend | | | Merged (with line 16) | 06/12/18 | J | | |
| 174. -TJX Co Inc (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 175. -Toll Brothers Inc (Common) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 176. -Twenty-First Century Fox (Common) | | None | | | Sold | 02/06/18 | J | B | |
| 177. -Tyson Foods Inc (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 178. -United Technologies Corp (Common) | A | Dividend | | | Sold | 04/03/18 | K | C | |
| 179. -Universal Health Services (Common) | A | Dividend | J | T | | | | | |
| 180. -Unum Group (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 181. -Valero Energy Corp (Common) | A | Dividend | J | T | | | | | |
| 182. -Verizon Communications (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 183. -Wal-Mart Stores Inc (Common) | A | Dividend | J | T | | | | | |
| 184. -Walgreens Boots Alliance Inc (Common) | | None | | | Sold | 01/03/18 | J | | |
| 185. -WEC Energy Group Inc (Common) | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 186. -Wellcare Health Plans Inc (Common) | | None | J | T | Buy | 01/03/18 | J | | |
| 187. -Wells Fargo Sweep Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Western Digital Corp (Common) | A | Dividend | | | Buy (add'l) | 06/08/18 | J | | |
| 189. | | | | | Sold | 10/02/18 | J | | |
| 190. -WEX Inc (Common) | | None | J | T | Buy | 12/04/18 | J | | |
| 191. -Williams Sonoma Inc (Common) | A | Dividend | J | T | | | | | |
| 192. -Yum Brands (Common) | A | Dividend | K | T | Buy | 11/06/18 | K | | |
| 193. S2 (H) | | | | | | | | | |
| 194. -AQR Small Cap Multi-Style Fund | D | Dividend | L | T | | | | | |
| 195. -DFA US Large Cap Growth Fund | C | Dividend | M | T | | | | | |
| 196. -DFA US Large Cap Value Fund | D | Dividend | M | T | | | | | |
| 197. -DFA US Vector Equity Fund | A | Dividend | K | T | | | | | |
| 198. -Hennessy Cornerstone Mid Cap 30 Fund | D | Dividend | K | T | | | | | |
| 199. -Wells Fargo Sweep Account | A | Interest | K | T | | | | | |
| 200. IRA 1 (H) | | | | | | | | | |
| 201. -Adobe Systems Inc (Common) | | None | J | T | | | | | |
| 202. -Accenture PLC (Common) | | None | | | Sold | 04/11/18 | J | B | |
| 203. -Adtalem Global Ed Inc (Common) | | None | J | T | | | | | |
| 204. -Aetna Inc (Common) | A | Dividend | | | Sold (part) | 04/03/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Merged (with line 244) | 11/28/18 | J | | |
| 206. -Aflac Inc (Common) | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 207. -Allegion Inc (Common) | A | Dividend | J | T | | | | | |
| 208. -Allstate Corp (Common) | A | Dividend | | | Sold | 05/09/18 | J | | |
| 209. -American Eagle Outfitters Inc (Common) | | None | | | Sold | 03/05/18 | J | D | |
| 210. -American Tower Corp (Common) | A | Dividend | | | Sold | 03/05/18 | J | A | |
| 211. -American Water Works (Common) | A | Dividend | J | T | Buy | 04/11/18 | J | | |
| 212. -Analogic Corp (Common) | | None | | | Sold | 03/05/18 | J | B | |
| 213. -Anthem Inc (Common) | A | Dividend | J | T | | | | | |
| 214. -Apogee Enterprises Inc (Common) | A | Dividend | J | T | | | | | |
| 215. -AT&T formerly known as Time Warner (Common) (X) | A | Dividend | | | Open | 06/15/18 | J | | |
| 216. | | | | | Sold | 07/11/18 | J | | |
| 217. -Barnes Group Inc (Common) | A | Dividend | J | T | | | | | |
| 218. -Becton Dickinson & Co (Common) | A | Dividend | | | Sold | 03/15/18 | K | B | |
| 219. -Big Lots Inc (Common) | A | Dividend | J | T | | | | | |
| 220. -Biogen Inc (Common) | | None | J | T | | | | | |
| 221. -Booking Holdings (Common) formerly known as Priceline (X) | | None | | | Open | 02/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 05/02/18 | J | B | |
| 223. -Brady Corp (Common) | A | Dividend | J | T | | | | | |
| 224. -Cal-Maine Foods Inc (Common) | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 225. -Callon Petroleum Co (Common) | | None | J | T | Buy | 03/06/18 | J | | |
| 226. -Centene Corp (Common) | | None | J | T | | | | | |
| 227. -Cheesecake Factory Inc (Common) | A | Dividend | J | T | | | | | |
| 228. -Chemed Corp (Common) | A | Dividend | J | T | | | | | |
| 229. -Children's Place Inc (Common) | A | Dividend | J | T | Sold (part) | 12/10/18 | J | | |
| 230. -Chubb Ltd (Common) | | None | | | Sold | 05/09/18 | J | | |
| 231. -Cigna Corp (Common) | A | Dividend | K | T | Sold (part) | 05/01/18 | J | | |
| 232. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 233. -CME Group Inc (Common) | A | Dividend | | | Sold | 01/10/18 | J | C | |
| 234. -CMS Energy Corp (Common) | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 235. -Coherent Inc (Common) | | None | | | Sold | 07/05/18 | J | | |
| 236. -Comerica Inc (Common) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 237. -Consolidated Edison Inc (Common) | A | Dividend | | | Buy | 02/14/18 | J | | |
| 238. | | | | | Sold | 04/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Constellation Brands Inc (Common) | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 240. -Convergys Corp (Common) | A | Dividend | | | Sold | 10/09/18 | J | | |
| 241. -Cooper Standard Holdings Inc (Common) | | None | J | T | Buy | 07/05/18 | J | | |
| 242. -Cooper Tire & Rubber Co (Common) | A | Dividend | | | Sold | 04/03/18 | J | | |
| 243. -Corcept Therapeutic Inc (Common) | | None | J | T | Buy | 04/03/18 | J | | |
| 244. -CVS Health (Common) formerly known as Aetna (X) | A | Dividend | | | Open | 11/28/18 | J | | |
| 245. -Darden Restaurants (Common) | A | Dividend | | | Sold | 08/08/18 | K | C | |
| 246. -Dave & Busters Entrtainment Inc (Common) | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 247. -Dr Pepper Snapple Group Inc (Common) | A | Dividend | | | Sold | 01/29/18 | K | C | |
| 248. -Dril-Quip Inc (Common) | | None | J | T | Buy | 04/03/18 | J | | |
| 249. -DSW Inc (Common) | A | Dividend | J | T | | | | | |
| 250. -Dycom Industries Inc (Common) | | None | | | Sold | 11/06/18 | J | | |
| 251. -Eastman Chemical Co (Common) | A | Dividend | | | Buy | 02/14/18 | J | | |
| 252. | | | | | Sold | 12/12/18 | J | | |
| 253. -Electronics for Imaging Inc (Common) | | None | J | T | Buy | 11/06/18 | J | | |
| 254. -Encompass Health Corp (Common) formerly known as Healthsouth (X) | A | Dividend | J | T | Open | 05/01/18 | J | | |
| 255. -Endo International PLC (Common) | | None | | | Sold | 04/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Enersys Inc (Common) | A | Dividend | J | T | | | | | |
| 257. -Esterline Technologies Corp (Common) | | None | | | Sold | 10/10/18 | J | B | |
| 258. -Express Scripts (Common) | | None | | | Buy | 04/03/18 | J | | |
| 259. | | | | | Sold | 12/24/18 | J | | |
| 260. -Facebook Inc (Common) | | None | J | T | | | | | |
| 261. -Fidelity National Information Services (Common) | A | Dividend | J | T | | | | | |
| 262. -Fiserv Inc (Common) | | None | J | T | Buy | 04/11/18 | J | | |
| 263. -Fortinet Inc (Common) | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 264. -Garmin LTD (Common) | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 265. -Globus Medical Inc (Common) | | None | J | T | | | | | |
| 266. -Harris Corp (Common) | A | Dividend | J | T | | | | | |
| 267. -Hawaiian Holdings Inc (Common) | A | Dividend | J | T | | | | | |
| 268. -Healthsouth Corp (Common) (Y) | | | | | | | | | |
| 269. -Helix Energy Solutions Group (Common) | | None | J | T | Buy | 05/01/18 | J | | |
| 270. | | | | | Sold (part) | 12/10/18 | J | | |
| 271. -Home Depot Inc (Common) | | None | | | Sold | 02/14/18 | J | | |
| 272. -Honeywell International Inc (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Humana Inc (Common) | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |
| 274. | | | | | Sold (part) | 05/02/18 | J | B | |
| 275. -Innospec Inc (Common) | A | Dividend | J | T | | | | | |
| 276. -Intercontinental Exchange (Common) | | | | | Sold | 04/11/18 | J | B | |
| 277. -Intuit Inc (Common) | A | Dividend | J | T | | | | | |
| 278. -Invesco TR II S&P 500 Low Volatility ETF | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 279. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 280. | | | | | Sold (part) | 12/17/18 | J | | |
| 281. -Johnson & Johnson (Common) | A | Dividend | | | Buy | 01/10/18 | J | | |
| 282. | | | | | Sold | 02/14/18 | J | | |
| 283. -Kaiser Aluminum Corp (Common) | A | Dividend | | | Sold | 05/01/18 | J | B | |
| 284. -Laboratory Corp of Amer Hldgs (Common) | | None | | | Sold | 05/01/18 | J | B | |
| 285. -LAM Research Corp (Common) | A | Dividend | | | Sold | 09/05/18 | J | B | |
| 286. -Lancaster Colony Corp (Common) | A | Dividend | J | T | | | | | |
| 287. -Lauder Estee Cos Inc (Common) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 288. | | | | | Sold (part) | 12/17/18 | J | | |
| 289. -LHC Group LLC (Common) | | None | J | T | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Lithia Motors Inc (Common) | A | Dividend | J | T | Buy | 05/01/18 | J | | |
| 291. -Lockheed Martin Corp (Common) | A | Dividend | | | Sold | 03/15/18 | K | C | |
| 292. -Marsh & McLennan Cos Inc (Common) | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 293. -Masimo Corp (Common) | | None | J | T | | | | | |
| 294. -Mastercard Inc (Common) | A | Dividend | J | T | | | | | |
| 295. -McDonalds Corp (Common) | A | Dividend | J | T | | | | | |
| 296. -Methode Electronics Inc (Cmmon) | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 297. -MKS Instruments Inc (Common) | A | Dividend | J | T | | | | | |
| 298. -Motorola Solutions Inc (Common) | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 299. -Mueller Industries Inc (Common) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 300. -Murphy USA Inc (Common) | | None | J | T | | | | | |
| 301. -NASDAQ Inc (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 302. -Netgear Inc (Common) | | None | J | T | | | | | |
| 303. -Newmont Mining Corp (Common) | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 304. -Nextera Energy Inc (Common) | A | Dividend | J | T | | | | | |
| 305. -Northrop Grumman Corp (Common) | A | Dividend | J | T | | | | | |
| 306. -Parker-Hannifin Corp (Common) | A | Dividend | J | T | Buy | 11/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -Pepsico Inc (Common) | A | Dividend | | | Sold | 06/13/18 | J | A | |
| 308.  -Priceline Group Inc (Common) (Y) | | | | | | | | | |
| 309.  -Progressive Corp (Common) | A | Dividend | | | Sold | 04/11/18 | K | D | |
| 310.  -Propetro Holding Corp (Common) | | None | J | T | Buy | 07/31/18 | J | | |
| 311. | | | | | Sold (part) | 12/10/18 | J | | |
| 312.  -Quest Diagnostics Inc (Common) | A | Dividend | J | T | Buy (add'l) | 02/14/18 | J | | |
| 313. | | | | | Sold (part) | 04/03/18 | J | | |
| 314.  -Raytheon Co (Common) | A | Dividend | K | T | | | | | |
| 315.  -Red Hat (Common) | | None | | | Buy | 05/09/18 | J | | |
| 316. | | | | | Sold | 10/29/18 | J | | |
| 317.  -Reinsurance Group of America Inc (Common) | A | Dividend | J | T | | | | | |
| 318.  -Republic Services Inc (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 319.  -Rex American Resources Corp (Common) | | None | J | T | | | | | |
| 320.  -Rockwell Collins (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |
| 321. | | | | | Sold | 11/28/18 | J | | |
| 322.  -Rogers Corp (Common) | | None | | | Sold | 01/03/18 | K | | |
| 323.  -Roper Technologies (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -Sanderson Farms Inc (Common) | A | Dividend | | | Sold | 04/03/18 | J | B | |
| 325. -Schweitzer-Mauduit International Inc (Common) | A | Dividend | J | T | | | | | |
| 326. -Silicon Laboratories Inc (Common) | | None | J | T | | | | | |
| 327. -Soleredge Technologies Inc (Common) | | None | J | T | Buy | 01/03/18 | J | | |
| 328. | | | | | Sold (part) | 12/10/18 | J | | |
| 329. -Sturm Ruger & Co Inc (Common) | A | Dividend | J | T | Sold (part) | 12/10/18 | J | | |
| 330. -Suntrust Banks Inc (Common) | A | Dividend | J | T | Buy | 05/01/18 | J | | |
| 331. -Supernus Phrmaceuticals Inc (Common) | | None | J | T | | | | | |
| 332. -Synnex Corp (Common) | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 333. -Synovus Financial Group (Common) | A | Dividend | | | Buy | 06/05/18 | J | | |
| 334. | | | | | Sold | 12/04/18 | J | | |
| 335. -Sysco Corp (Common) | A | Dividend | J | T | | | | | |
| 336. -T-Mobile US Inc (Common) | | None | J | T | | | | | |
| 337. -Tahoe Resources Inc (Common) | | None | | | Sold | 01/03/18 | J | | |
| 338. -TE Connectivity Inc (Common) | A | Dividend | J | T | | | | | |
| 339. -Tetra Tech Inc (Common) | A | Dividend | J | T | | | | | |
| 340. -Time Warner (Common) | | | | | Buy | 04/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Merged (with line 215) | 06/15/18 | J | | |
| 342.  -Tri Point Group Inc (Common) | | None | | | Buy | 03/06/18 | J | | |
| 343. | | | | | Sold | 11/06/18 | J | | |
| 344.  -Tupperware Corp (Common) | A | Dividend | | | Buy | 04/03/18 | J | | |
| 345. | | | | | Sold | 07/31/18 | J | | |
| 346.  -Tysons Foods Inc (Common) | A | Dividend | | | Buy | 03/15/18 | J | | |
| 347. | | | | | Sold | 12/12/18 | J | | |
| 348.  -Ultimate Software Group (Common) | | None | J | T | Buy | 10/02/18 | J | | |
| 349.  -Unifirst Corp (Common) | A | Dividend | J | T | | | | | |
| 350.  -United Natural Foods (Common) | | None | J | T | | | | | |
| 351.  -United Technologies Corp (Common) | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 352. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 353.  -UnitedHealth Group Inc (Common) | A | Dividend | K | T | Sold (part) | 03/15/18 | K | C | |
| 354.  -Universal Forest Products Inc (Common) | A | Dividend | J | T | | | | | |
| 355.  -Universal Health Srvcs Inc (Common) | A | Dividend | J | T | | | | | |
| 356.  -Varian Medical Systems Inc (Common) | | None | J | T | Sold (part) | 06/15/18 | J | B | |
| 357. | | | | | Buy (add'l) | 12/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -Verizon Communictions Inc (Common) | A | Dividend | J | T | | | | | |
| 359. -Washington Fed Inc (Common) | A | Dividend | J | T | | | | | |
| 360. -Waste Management Inc (Common) | A | Dividend | K | T | Sold (part) | 02/14/18 | J | B | |
| 361. -Wellcare Health Plans Inc (Common) | | None | J | T | | | | | |
| 362. -Wells Fargo Sweep Acct | A | Interest | L | T | | | | | |
| 363. -Werner Enterprises Inc (Common) | A | Dividend | | | Sold | 05/01/18 | J | B | |
| 364. -Wintrust Financial Corp (Common) | A | Dividend | J | T | Buy | 05/01/18 | J | | |
| 365. -Zebra Technologies Corp (Common) | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 366. -Zions Bancorp (Common) | A | Dividend | | | Buy | 05/01/18 | J | | |
| 367. | | | | | Sold | 10/02/18 | J | | |
| 368. -Zoetis Inc (Common) | A | Dividend | J | T | | | | | |
| 369. IRA 2 (H) | | | | | | | | | |
| 370. -Guggenheim S&P 500 Equal Weight ETF | | None | | | Merged (with line 371) | 04/09/18 | J | | |
| 371. -Invesco S&P 500 Equal Weight ETF (fka Guggenheim S&P 500) (X) | B | Dividend | L | T | Open | 04/09/18 | J | | |
| 372. -Wells Fargo Sweep Acct | A | Interest | J | T | | | | | |
| 373. FR 1 (H) | | | | | | | | | |
| 374. -3M Corp (Common) | | None | | | Sold | 01/03/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Abbvie Inc (Common) | A | Dividend | K | T | | | | | |
| 376. -Accenture PLC (Common) | | None | | | Buy | 01/03/18 | K | | |
| 377. | | | | | Buy (add'l) | 01/04/18 | J | | |
| 378. | | | | | Sold (part) | 03/06/18 | K | A | |
| 379. | | | | | Sold | 03/07/18 | J | A | |
| 380. -Adient Inc (Common) (Y) | | | | | | | | | |
| 381. -Adobe Systems Inc (Common) | | None | J | T | | | | | |
| 382. -AES Corp (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 383. -Aetna (Common) | A | Dividend | | | Sold | 04/03/18 | J | D | |
| 384. -AFLAC Inc (Common) | A | Dividend | K | T | Sold (part) | 01/03/18 | J | A | |
| 385. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 386. -AGNC Investment Corp (Common) | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 387. -Agree Realty Corp (Common) | A | Dividend | | | Buy | 03/15/18 | J | | |
| 388. | | | | | Sold | 04/11/18 | J | | |
| 389. -Alexandria Real Estate Equities (Common) | A | Dividend | | | Buy | 06/13/18 | J | | |
| 390. | | | | | Sold | 12/12/18 | J | | |
| 391. -Alliant Energy Corp (Common) | A | Dividend | | | Sold | 05/11/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Allegoin PLC (Common) | A | Dividend | J | T | | | | | |
| 393. -Allstate Corp (Common) | A | Dividend | J | T | Sold (part) | 12/07/18 | J | | |
| 394. -Altria Group Inc (Common) | A | Dividend | | | Sold | 04/10/18 | K | B | |
| 395. -American Express Co (Common) | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 396. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 397. -American Tower Corp (Common) | A | Dividend | K | T | Buy | 08/06/18 | K | | |
| 398. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 399. -Ameriprise Financial Inc (Common) | A | Dividend | | | Sold | 12/07/18 | K | | |
| 400. -Ametek Inc (Common) | A | Dividend | | | Buy (add'l) | 10/10/18 | J | | |
| 401. | | | | | Sold | 12/07/18 | K | | |
| 402. -Analog Devices Inc (Common) | A | Dividend | K | T | Buy (add'l) | 05/11/18 | J | | |
| 403. -Analogic Corp (Common) | | None | | | Sold | 03/07/18 | J | A | |
| 404. -Andeavor (Common) | A | Dividend | | | Sold | 05/01/18 | K | B | |
| 405. -Anthem Inc (Common) | A | Dividend | K | T | | | | | |
| 406. -Aon PLC (Common) | A | Dividend | J | T | | | | | |
| 407. -Apogee Enterprises Inc (Common) | A | Dividend | J | T | | | | | |
| 408. -Apple Hospitality REIT Inc (Common) | A | Dividend | | | Buy | 03/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 04/11/18 | J | | |
| 410. -Apple Inc (Common) | A | Dividend | L | T | | | | | |
| 411. -Aptiv PLC (Common) | A | Dividend | | | Buy | 08/08/18 | K | | |
| 412. | | | | | Sold | 10/09/18 | K | | |
| 413. -Assured Guraanty Ltd (Common) | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 414. -AT&T Inc (Common) (formerly known as time Warrner) (X) | A | Dividend | | | Open | 06/15/18 | J | | |
| 415. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 416. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 417. | | | | | Sold | 11/06/18 | K | | |
| 418. -Bank of America Corp (Common) | A | Dividend | | | Buy | 03/14/18 | K | | |
| 419. | | | | | Sold | 08/07/18 | K | | |
| 420. -Beckton Dickinson & Co (Common) | A | Dividend | K | T | Buy (add'l) | 08/06/18 | J | | |
| 421. -Berkshire Hathaway Inc Series B (Common) | | None | | | Sold | 05/08/18 | K | C | |
| 422. -Berry Global Group Inc (Common) | | None | | | Sold | 07/11/18 | J | | |
| 423. -Best Buy Co Inc (Common) | A | Dividend | J | T | | | | | |
| 424. -Big Lots Inc (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 425. -Bioverativ Inc (Common) (X) | | None | | | Sold | 01/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Biogen Idec Inc (Common) | | None | J | T | | | | | |
| 427. -Boeing Co (Common) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 428. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 429. -Booking Holdings Inc (Common) (X) | | None | | | Sold (part) | 07/05/18 | J | C | |
| 430. | | | | | Sold | 07/11/18 | J | C | |
| 431. Borg Warner Inc (Common) | A | Dividend | | | Buy | 07/04/18 | K | | |
| 432. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 433. | | | | | Sold (part) | 12/04/18 | J | | |
| 434. | | | | | Sold | 12/07/18 | J | | |
| 435. -Boston Scientific Corp (Common) | | None | K | T | | | | | |
| 436. -Brady Corp (Common) | A | Dividend | J | T | | | | | |
| 437. -Brunswick Corp (Common) | A | Dividend | J | T | Sold (part) | 12/07/18 | J | | |
| 438. -Caretrust REIT Inc (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 439. -Caterpillar Inc (Common) | A | Dividend | K | T | Sold (part) | 03/06/18 | J | | |
| 440. | | | | | Buy (add'l) | 07/05/18 | K | | |
| 441. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 442. | | | | | Sold (part) | 12/07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -CBRE Group Inc (Common) | | None | J | T | | | | | |
| 444.  -Celanese Corp (Common) | | None | | | Sold | 01/04/18 | K | C | |
| 445. | | | | | Buy | 11/07/18 | J | | |
| 446.  -Centene Corp (Common) | | None | K | T | | | | | |
| 447.  -Chemed Corp (Common) | A | Dividend | K | T | | | | | |
| 448.  -The Children's Place (Common) | A | Dividend | J | T | | | | | |
| 449.  -Chubb LTD (Common) | | None | | | Buy | 01/04/18 | J | | |
| 450. | | | | | Sold | 03/07/18 | J | | |
| 451.  -Cigna Corp (Common) | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 452. | | | | | Buy (add'l) | 01/08/18 | K | | |
| 453. | | | | | Buy (add'l) | 01/10/18 | J | | |
| 454. | | | | | Sold (part) | 05/01/18 | J | | |
| 455. | | | | | Sold (part) | 08/07/18 | K | | |
| 456. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 457.  -Cintas Corp (Common) | | None | | | Sold | 04/03/18 | K | D | |
| 458.  -Cisco Systems Inc (Common) | A | Dividend | K | T | | | | | |
| 459.  -Citrix Systems Inc (Common) | A | Dividend | K | T | Buy | 04/09/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 461.  -Clorox Company (Common) | A | Dividend | | | Sold | 06/12/18 | K | | |
| 462.  -CMS Energy Corp (Common) | A | Dividend | K | T | | | | | |
| 463.  -Coca Cola European Partners PLC (Common) | A | Dividend | K | T | Buy | 04/09/18 | K | | |
| 464. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 465.  -Coherent Inc (Common) | | None | | | Sold | 07/11/18 | K | D | |
| 466.  -Comerica Inc (Common) | A | Dividend | | | Buy | 08/01/18 | J | | |
| 467. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 468. | | | | | Sold | 12/07/18 | J | | |
| 469.  -Constellation Brands (Common) | A | Dividend | | | Sold | 03/07/18 | J | C | |
| 470.  -Corenergy Infrrastructure Tr Inc (Common) | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 471.  -Coresite Realty Corp (Common) | A | Dividend | | | Buy | 08/01/18 | J | | |
| 472. | | | | | Sold | 12/12/18 | J | | |
| 473.  -Coty Inc | | None | | | Sold | 02/06/18 | K | | |
| 474.  -Crane Co (Common) | A | Dividend | K | T | Buy | 05/02/18 | K | | |
| 475.  -Crown Castle International Corp (Common) | A | Dividend | | | Sold | 06/13/18 | J | | |
| 476.  -Cubesmart (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 10/10/18 | J | | |
| 478.   -Cummins Inc (Common) | A | Dividend | | | Buy (add'l) | 06/05/18 | J | | |
| 479. | | | | | Sold | 09/05/18 | K | | |
| 480.   -Danaher Corp (Common) | A | Dividend | K | T | Buy (add'l) | 05/07/18 | K | | |
| 481. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 482.   -DCT Industrial Trust Inc (Common) | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 483.   -Deere & Co (Common) | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |
| 484. | | | | | Sold (part) | 07/05/18 | J | | |
| 485. | | | | | Sold | 07/11/18 | J | D | |
| 486.   -Delta Air Lines Inc (Common) | A | Dividend | J | T | | | | | |
| 487.   -Diamondrock Hospitality Company (Common) | A | Dividend | | | Sold | 04/11/18 | J | | |
| 488.   -Discover Financial (Common) | | None | | | Sold | 01/03/18 | J | | |
| 489. | | | | | Buy | 04/03/18 | K | | |
| 490. | | | | | Sold | 12/07/18 | K | | |
| 491.   -Disney Walt Co (Common) | A | Dividend | K | T | Buy | 02/06/18 | K | | |
| 492. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 493. | | | | | Buy (add'l) | 07/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Dollar General Corp (Common) | A | Dividend | K | T | | | | | |
| 495. -Dollar Tree Stores Inc (Common) | | None | J | T | | | | | |
| 496. -Dominion Energy Inc (Common) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 497. -DowDupont Inc (Common) | A | Dividend | | | Sold (part) | 01/04/18 | K | D | |
| 498. | | | | | Sold (part) | 04/09/18 | K | A | |
| 499. | | | | | Sold | 04/11/18 | J | A | |
| 500. -DR Horton Inc (Common) | A | Dividend | | | Sold | 04/04/18 | J | C | |
| 501. -Dr Pepper Snapple Group INC (Common) | A | Dividend | | | Sold | 01/29/18 | K | D | |
| 502. -DXC Technology Co (Common) | A | Dividend | | | Buy | 01/04/18 | J | | |
| 503. | | | | | Sold | 08/01/18 | J | | |
| 504. -Dycom Industries Inc (Common) | | None | | | Sold | 11/06/18 | J | | |
| 505. -EastGroup Properties Inc (Common) | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 506. -Eaton Corp (Common) | | None | | | Sold | 12/07/18 | K | | |
| 507. -Edison Intl (Common) | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 508. | | | | | Sold (part) | 12/07/18 | J | | |
| 509. -Edwards Lifescience Corp (Common) | | None | J | T | | | | | |
| 510. -Electronic Arts Inc (Common) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 55

**Name of Person Reporting**

Cleland, Robert H.

**Date of Report**

07/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. -Emerson Electric Co (Common) | A | Dividend | K | T | | | | | |
| 512. -Enbridge Inc (Common) (X) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 513. -Encompass Health Corp (Common) (X) | A | Dividend | | | Sold | 05/01/18 | J | C | |
| 514. -Enersys Inc (Common) | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 515. -Equity Lifestyle Prop (Common) | A | Dividend | J | T | | | | | |
| 516. -Express Scripts Inc (Common) | | None | | | Buy | 04/03/18 | J | | |
| 517. | | | | | Sold | 12/24/18 | J | | |
| 518. -Facebook Inc (Common) | | None | J | T | | | | | |
| 519. -FedEx Corp (Common) | A | Dividend | | | Sold | 06/12/18 | K | D | |
| 520. -Fidelity National Information Service (Common) | A | Dividend | K | T | | | | | |
| 521. -Fifth Third Bankcorp (Common) | A | Dividend | | | Buy | 05/01/18 | K | | |
| 522. | | | | | Sold | 12/05/18 | K | | |
| 523. -Fleetcor Technologies Inc (Common) | | None | J | T | | | | | |
| 524. -Foot Locker Inc (Common) | A | Dividend | K | T | Buy | 12/04/18 | K | | |
| 525. -Fortinet Inc (Common) | | None | J | T | Buy | 07/05/18 | J | | |
| 526. -Fortive Corp (Common) | A | Dividend | J | T | | | | | |
| 527. -Gap Inc (Common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -Genuine Parts Co (Common) | A | Dividend | K | T | Sold (part) | 05/11/18 | J | | |
| 529.  -Getty Realty Corp (Common) | A | Dividend | | | Sold | 01/10/18 | J | | |
| 530.  -Global MSCI Portugal ETF | | None | | | Sold (part) | 01/10/18 | J | A | |
| 531. | | | | | Sold | 04/11/18 | J | A | |
| 532.  -Global X MSCI Norway ETF | | None | | | Buy | 06/13/18 | J | | |
| 533. | | | | | Sold | 08/08/18 | J | | |
| 534.  -Globus Medical Inc (Common) | | None | J | T | | | | | |
| 535.  -Goldman Sachs Group Inc (Common) | A | Dividend | | | Buy | 03/14/18 | K | | |
| 536. | | | | | Sold | 08/07/18 | K | | |
| 537.  -Google Inc (Common) | | None | K | T | | | | | |
| 538.  -Halliburton Co (Common) | | None | | | Sold | 01/11/18 | J | B | |
| 539.  -Harris Corp (Common) | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 540. | | | | | Sold (part) | 12/07/18 | J | | |
| 541.  -Hasbro Inc (Common) | A | Dividend | | | Sold | 05/01/18 | K | B | |
| 542.  -Hawaiian Holdings Inc (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 543.  -Healthsouth Corp (Common) (Y) | | | | | | | | | |
| 544.  -Hollyfrontier Corp (Common) | A | Dividend | | | Buy | 07/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 12/07/18 | J | | |
| 546. -Home Depot Inc (Common) | A | Dividend | K | T | Sold (part) | 05/09/18 | L | E | |
| 547. -Honeywell International Inc (Common) | A | Dividend | K | T | | | | | |
| 548. -Howard Hughes Corp (Common) | | None | | | Buy | 04/11/18 | J | | |
| 549. | | | | | Sold | 05/09/18 | J | | |
| 550. -HP Inc (Common) | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 551. | | | | | Sold (part) | 12/07/18 | K | | |
| 552. -Humana Inc (Common) | A | Dividend | K | T | Buy | 05/09/18 | K | | |
| 553. | | | | | Sold (part) | 05/01/18 | K | D | |
| 554. | | | | | Sold (part) | 06/05/18 | J | B | |
| 555. -Illinois Tool Works Inc (Common) | A | Dividend | K | T | Sold (part) | 01/09/18 | L | E | |
| 556. | | | | | Sold (part) | 12/07/18 | J | | |
| 557. -Ingersoll-Rand PLC (Common) | A | Dividend | K | T | | | | | |
| 558. -Ingredion Incorporated (Common) | A | Dividend | | | Sold | 12/07/18 | K | | |
| 559. -Innospec Inc (Common) | A | Dividend | J | T | | | | | |
| 560. -Intel Corp (Common) | A | Dividend | | | Buy | 05/01/18 | K | | |
| 561. | | | | | Sold | 12/07/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  -Intuit Inc (Common) | A | Dividend | K | T | | | | | |
| 563.  -iShares Edge MSCI Min Vol USA ETF | C | Dividend | M | T | Buy | 12/07/18 | M | | |
| 564.  -iShares MSCI ACWI ETF | D | Dividend | M | T | Buy | 12/07/18 | N | | |
| 565.  -iShares MSCI Australia ETF | A | Dividend | J | T | Sold (part) | 01/10/18 | J | A | |
| 566. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 567. | | | | | Sold (part) | 10/10/18 | J | | |
| 568. | | | | | Sold (part) | 12/12/18 | J | | |
| 569.  - iShares MSCI Austria ETF | A | Dividend | | | Buy | 06/13/18 | J | | |
| 570. | | | | | Sold (part) | 07/11/18 | J | | |
| 571. | | | | | Sold | 08/08/18 | J | | |
| 572.  -iShares MSCI Belguim ETF | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 573. | | | | | Sold | 07/11/18 | J | | |
| 574. | | | | | Buy | 12/12/18 | J | | |
| 575.  -iShares MSCI Emerging Market ETF | B | Dividend | K | T | | | | | |
| 576.  -iShares MSCI France ETF | A | Dividend | K | T | | | | | |
| 577.  -iShares MSCI Germany ETF | B | Dividend | | | Sold (part) | 04/11/18 | J | | |
| 578. | | | | | Buy (add'l) | 05/09/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Cleland, Robert H.**

Date of Report: 07/19/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Sold (part) | 09/12/18 | J | | |
| 580. | | | | | Sold | 12/07/18 | K | | |
| 581. -iShares MSCI Hong Kong ETF | A | Dividend | J | T | Sold (part) | 05/09/18 | J | A | |
| 582. -iShares MSCI Italy ETF | A | Dividend | | | Buy (add'l) | 04/11/18 | J | | |
| 583. | | | | | Sold (part) | 10/10/18 | J | A | |
| 584. | | | | | Sold | 12/12/18 | J | | |
| 585. -iShares MSCI Japan EFT | A | Dividend | L | T | Buy (add'l) | 02/14/18 | J | | |
| 586. | | | | | Sold (part) | 04/11/18 | J | A | |
| 587. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 588. | | | | | Sold (part) | 12/07/18 | L | | |
| 589. -iShares MSCI Netherlands ETF | | None | | | Buy (add'l) | 01/10/18 | J | | |
| 590. | | | | | Sold (part) | 04/11/18 | J | A | |
| 591. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 592. | | | | | Sold | 12/07/18 | K | | |
| 593. -iShares MSCI New Zealand ETF | | None | | | Sold | 09/12/18 | J | A | |
| 594. -iShares MSCI Singapore ETF | | None | | | Buy | 03/15/18 | J | | |
| 595. | | | | | Sold | 05/09/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy | 07/11/18 | J | | |
| 597. | | | | | Sold (part) | 08/08/18 | J | A | |
| 598. | | | | | Sold | 10/10/18 | J | | |
| 599.  -iShares MSCI Spain Capped ETF | A | Dividend | J | T | Sold (part) | 06/13/18 | J | A | |
| 600.  -iShares MSCI Sweden ETF | A | Dividend | J | T | Buy (add'l) | 02/14/18 | J | | |
| 601. | | | | | Sold | 03/15/18 | J | | |
| 602. | | | | | Buy | 07/11/18 | J | | |
| 603. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 604. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 605.  -iShares MSCI Switzerland EFT | A | Dividend | | | Sold (part) | 01/10/18 | J | A | |
| 606. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 607. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 608. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 609. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 610. | | | | | Sold (part) | 12/07/18 | K | | |
| 611.  -iShares MSCI United Kingdom ETF | A | Dividend | | | Sold | 12/07/18 | L | | |
| 612.  -Johnson & Johnson (Common) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Juniper Networks Inc (Common) | A | Dividend | J | T | | | | | |
| 614. -Kellogg Co (Common) | A | Dividend | K | T | Sold (part) | 12/07/18 | J | | |
| 615. -Kilroy Realty Corp (Common) | | None | | | Buy | 02/14/18 | J | | |
| 616. | | | | | Sold | 03/15/18 | J | A | |
| 617. -L3 Technologies Inc (Common) | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 618. -Laboratory Corp of America Holdings (Common) | | None | K | T | Sold (part) | 05/01/18 | J | C | |
| 619. -LAM Research Corp (Common) | A | Dividend | J | T | Sold (part) | 09/05/18 | J | C | |
| 620. | | | | | Sold (part) | 12/07/18 | J | | |
| 621. -Lamar Advertising Co (Common) | A | Dividend | | | Buy | 03/15/18 | J | | |
| 622. | | | | | Sold | 05/09/18 | J | | |
| 623. -Lear Corp (Common) | A | Dividend | J | T | | | | | |
| 624. -LHC Group LLC (Common) | | None | J | T | Buy | 03/07/18 | J | | |
| 625. -Linde PLC (Common) | A | Dividend | J | T | Buy | 06/11/18 | K | | |
| 626. -Lockheed Martin Corp (Common) | A | Dividend | K | T | | | | | |
| 627. -Lowes Companies Inc (Common) | A | Dividend | | | Sold (part) | 07/05/18 | K | C | |
| 628. | | | | | Sold | 07/11/18 | J | B | |
| 629. -Marathon Petroleum Corp (Common) | A | Dividend | | | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 631. | | | | | Sold | 12/04/18 | J | | |
| 632.   -Masimo Corp (Common) | | None | J | T | | | | | |
| 633.   -Mastercard Inc (Common) | A | Dividend | K | T | | | | | |
| 634.   -McCormick & Co Inc (Common) | A | Dividend | J | T | Buy | 12/08/18 | J | | |
| 635. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 636.   -McKesson Corp (Common) | | None | | | Sold | 07/05/18 | J | | |
| 637.   -Methode Electronics Inc (Common) | A | Dividend | | | Buy | 07/11/18 | J | | |
| 638. | | | | | Sold | 12/07/18 | J | | |
| 639.   -Microchip Technology Inc (Common) | A | Dividend | K | T | Buy (add'l) | 07/11/18 | J | | |
| 640. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 641. | | | | | Sold (part) | 12/07/18 | J | | |
| 642.   -Micron Technology Inc (Common) | | None | | | Buy | 03/07/18 | J | | |
| 643. | | | | | Sold | 11/07/18 | J | | |
| 644. | | | | | | | | | |
| 645.   -MKS Instruments Inc (Common) | A | Dividend | J | T | | | | | |
| 646.   -Monsanto Co (Common) | | None | | | Buy | 04/10/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 06/07/18 | K | B | |
| 648. -NCR Corp (Common) | | None | | | Sold | 09/06/18 | K | C | |
| 649. -National Retail Properties Inc (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 650. -National Storage Affiliates Tr (Common) | A | Dividend | J | T | | | | | |
| 651. -Netgear Inc (Common) | | None | J | T | | | | | |
| 652. -Nexpoint Residential Tr Inc (Common) | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 653. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 654. -Nextera Energy Inc (Common) | A | Dividend | K | T | Buy | 03/06/18 | K | | |
| 655. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 656. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 657. -Nordson Corp (Common) | A | Dividend | K | T | | | | | |
| 658. | | | | | Buy | 05/02/18 | J | | |
| 659. -Norfolk Southern Corp (Common) | A | Dividend | K | T | Buy | 06/11/18 | K | | |
| 660. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 661. -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 662. -NVent (Common) (X) | A | Dividend | J | T | Spinoff (from line 673) | 04/29/18 | J | | |
| 663. -Omnicom Group Inc (Common) | A | Dividend | K | T | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Cleland, Robert H.

07/19/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 665. | | | | | Sold (part) | 12/07/18 | J | | |
| 666. -Oshkosh Corp (Common) | A | Dividend | J | T | | | | | |
| 667. -Paccar Inc (Common) | A | Dividend | | | Sold | 12/07/18 | K | | |
| 668. -Park Hotels & Resorts Inc (Common) | A | Dividend | | | Buy | 04/11/18 | J | | |
| 669. | | | | | Sold | 12/12/18 | J | A | |
| 670. -Parker-Hannifin Corp (Common) | A | Dividend | J | T | Buy (add'l) | 06/06/18 | J | | |
| 671. -Pebblebrook Hotel Tr (Common) | A | Dividend | | | Buy | 08/10/18 | J | | |
| 672. | | | | | Sold | 12/12/18 | J | | |
| 673. -Pentair PLC (Common) | A | Dividend | K | T | | | | | |
| 674. -Pepsico Inc (Common) | A | Dividend | K | T | | | | | |
| 675. -Propetro Holdnig Corp (Common) | | None | | | Buy | 11/07/18 | J | | |
| 676. | | | | | Sold | 12/07/18 | J | | |
| 677. -Pinnacle West Capital Corp (Common) | A | Dividend | | | Buy (add'l) | 03/08/18 | K | | |
| 678. | | | | | Sold | 04/10/18 | K | C | |
| 679. -PNC Financial Services Group (Common) | A | Dividend | K | T | | | | | |
| 680. -Praxair Inc (Common) | A | Dividend | | | Buy | 06/11/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | | Date of Report |
|---|---|---|

Cleland, Robert H.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Sold | 10/31/18 | K | A | |
| 682. -Priceline Group Inc (Common) (Y) | | | | | | | | | |
| 683. -Prologis Inc (Common) | A | Dividend | K | T | Buy | 05/09/18 | J | | |
| 684. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 685. -Public Service Enterprise Group Inc (Common) | | None | | | Sold | 04/04/18 | J | B | |
| 686. -Qualcomm Inc (Common) | A | Dividend | K | T | | | | | |
| 687. -Quality Care Properties Inc (Common) | | None | | | Buy | 04/11/18 | J | | |
| 688. | | | | | Sold | 05/09/18 | J | A | |
| 689. -Quanta (Common) | | None | | | Sold | 03/15/18 | K | A | |
| 690. -Quest Diagnostics Inc (Common) | A | Dividend | | | Sold (part) | 04/03/18 | K | | |
| 691. | | | | | Sold | 07/05/18 | K | C | |
| 692. -Range Resources Corp (Common) | | None | | | Sold | 01/04/18 | J | | |
| 693. -Raytheon Co (Common) | A | Dividend | L | T | | | | | |
| 694. -Realty Income Corp | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 695. -Regency Centers Corp (Common) | A | Dividend | | | Sold | 03/15/18 | J | | |
| 696. -Reinsurance Group of America Inc (Common) | A | Dividend | J | T | | | | | |
| 697. -Republic Services Inc (Common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Resmed Inc (Common) | A | Dividend | K | T | | | | | |
| 699. -Rex American Resources Inc (Common) | | None | | | Sold | 12/07/18 | J | | |
| 700. -Rexford Ind Realty Inc | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 701. -Rockwell Automation Inc (Common) | A | Dividend | | | Sold | 05/01/18 | K | D | |
| 702. -Rogers Corp (Common) | | None | | | Sold | 01/04/18 | J | D | |
| 703. -Ross Stores Inc (Common) | A | Dividend | K | T | Sold (part) | 03/15/18 | K | D | |
| 704. -Royal Caribbean Cruises Ltd (Common) | A | Dividend | K | T | Buy (add'l) | 06/05/18 | J | | |
| 705. | | | | | Sold (part) | 08/08/18 | J | | |
| 706. -Ryman Hospitality Properties (Common) | A | Dividend | J | T | Buy | 08/10/18 | J | | |
| 707. -Salesforce.com (Common) | | None | K | T | | | | | |
| 708. -Sanderson Farms Inc (Common) | A | Dividend | | | Sold | 04/04/18 | J | B | |
| 709. -SCANA Corp (Common) | A | Dividend | | | Sold | 04/04/18 | J | | |
| 710. -Sherwin Williams Co (Common) | A | Dividend | J | T | Buy | 03/15/18 | K | | |
| 711. | | | | | Sold (part) | 12/07/18 | K | | |
| 712. | | | | | Sold (part) | 12/12/18 | J | | |
| 713. -Simon Property Group Inc (Common) | A | Dividend | K | T | Buy | 03/15/18 | J | | |
| 714. | | | | | Sold | 04/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Cleland, Robert H.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy | 10/03/18 | K | | |
| 716.  -Skyworks Solutions Inc (Common) | A | Dividend | J | T | | | | | |
| 717.  -SPDR Dow Jones Industrial ETF | C | Dividend | M | T | Buy | 12/07/18 | M | | |
| 718.  -SPDR Dow Jones REIT ETF | A | Dividend | | | Buy | 05/09/18 | J | | |
| 719. | | | | | Sold (part) | 06/13/18 | J | A | |
| 720. | | | | | Sold | 08/01/18 | J | A | |
| 721.  -SPDR S&P 500 Trust ETF | A | Dividend | K | T | Buy | 12/07/18 | K | | |
| 722.  -Stanley Black & Decker Inc (Common) | A | Dividend | | | Sold | 12/07/18 | K | | |
| 723.  -Starbucks Corp (Common) | A | Dividend | K | T | | | | | |
| 724.  -Store Capital Corp (Common) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 725.  -Stryker Corp (Common) | A | Dividend | K | T | | | | | |
| 726.  -Sturm Ruger & Co Inc (Common) | A | Dividend | J | T | | | | | |
| 727.  -Sun Communities Inc (Common) | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 728.  -Suntrust Banks Inc (Common) | A | Dividend | | | Buy | 05/01/18 | J | | |
| 729. | | | | | Sold | 12/07/18 | J | | |
| 730.  -Supernus Pharmaceuticals Inc (Common) | A | Dividend | J | T | | | | | |
| 731.  -Synovus Financial Corp (Common) | A | Dividend | | | Buy | 06/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 12/12/18 | J | | |
| 733.   -Sysco Corp (Common) | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 734.   -T-Mobile US Inc (Common) | A | Dividend | J | T | | | | | |
| 735.   -Tapestry Inc (Common) | A | Dividend | | | Buy | 07/11/18 | J | | |
| 736. | | | | | Sold | 12/07/18 | J | | |
| 737.   -Target Corp (Common) | A | Dividend | K | T | | | | | |
| 738.   -TE Connectivity Ltd (Common) | A | Dividend | J | T | | | | | |
| 739.   -Teradyne Inc (Common) | | None | | | Sold | 06/05/18 | K | E | |
| 740.   -Terreno Realty Corp (Common) | A | Dividend | J | T | Buy | 08/01/18 | J | | |
| 741.   -Tetra Tech Inc (Common) | A | Dividend | J | T | | | | | |
| 742.   -Texas Instruments Inc (Common) | A | Dividend | K | T | | | | | |
| 743.   -Timken Co (Common) | A | Dividend | J | T | Sold (part) | 12/07/18 | K | | |
| 744.   -Time Warner Inc (Common) | A | Dividend | | | Sold (part) | 06/15/18 | J | | |
| 745. | | | | | Merged (with line 414) | 06/15/18 | J | | |
| 746.   -TJX Companies Inc (Common)) | A | Dividend | K | T | | | | | |
| 747.   -Toll Brothers (Common) | A | Dividend | | | Buy | 03/07/18 | J | | |
| 748. | | | | | Sold (part) | 07/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. | | | | | Sold | 07/11/18 | J | | |
| 750. -Torchmark Corp (Common) | A | Dividend | | | Sold | 05/08/18 | K | D | |
| 751. -Travelers Companies Inc (Common) | A | Dividend | | | Sold (part) | 04/04/18 | J | B | |
| 752. | | | | | Sold | 05/02/18 | K | B | |
| 753. -T Rowe Price Group Inc (Common) | A | Dividend | K | T | | | | | |
| 754. -Twenty-First Century (Common) | | None | | | Sold (part) | 02/06/18 | J | B | |
| 755. | | | | | Sold | 02/14/18 | J | B | |
| 756. -Tyson Foods Inc (Common) | | None | | | Sold | 12/07/18 | J | | |
| 757. -Ultimate Software Group Inc (Common) | | None | | | Buy | 10/02/18 | J | | |
| 758. | | | | | Sold | 12/07/18 | J | | |
| 759. -UniFirst Corp (Common) | A | Dividend | J | T | | | | | |
| 760. -United National Foods Inc (Common) | | None | | | Buy | 04/04/18 | J | | |
| 761. | | | | | Sold | 11/07/18 | J | | |
| 762. -United Rentals Inc (Common) | | None | | | Buy | 07/11/18 | J | | |
| 763. | | | | | Sold | 12/06/18 | J | | |
| 764. -United Technologies Corp (Common) | A | Dividend | P4 | T | Sold (part) | 04/04/18 | J | B | |
| 765. -UnitedHealth Group Inc (Common) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Universal Forest Products, Inc (Common) | A | Dividend | J | T | | | | | |
| 767. -Universal Health Services Inc (Common) | A | Dividend | J | T | | | | | |
| 768. -Unum Group (Common) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 769. -Valero Energy Corp (Common) | A | Dividend | J | T | | | | | |
| 770. -Vaneck Vectors/Israel ETF (Y) | | | | | | | | | |
| 771. -Vanguard FTSE European ETF | | None | | | Sold (part) | 01/10/18 | J | A | |
| 772. | | | | | Sold | 02/14/18 | J | A | |
| 773. -Vanguard Index Funds ETF | A | Dividend | | | Buy | 05/09/18 | J | | |
| 774. | | | | | Sold | 08/01/18 | J | A | |
| 775. -Verizon Communications (Common) | A | Dividend | K | T | Buy (add'l) | 03/07/18 | J | | |
| 776. -Versum Materials Inc (Common) | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 777. -Viacom Inc (Common) | A | Dividend | | | Sold | 06/05/18 | J | | |
| 778. -Vornado Realty Trust (Common) | A | Dividend | | | Buy | 01/10/18 | J | | |
| 779. | | | | | Sold | 02/14/18 | J | | |
| 780. -Walmart Inc (Common) | A | Dividend | J | T | Buy | 05/02/18 | J | | |
| 781. -Washington Federal Inc. (Common) | A | Dividend | J | T | | | | | |
| 782. -Waste Management, Inc. (Common) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -WEC Energy Group (Common) | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 784. -Wellcare Health Plans Inc (Common) | A | Dividend | K | T | | | | | |
| 785. -Wells Fargo & Company (Common) | A | Dividend | L | T | | | | | |
| 786. -Wells Fargo Sweep Account | A | Interest | L | T | | | | | |
| 787. -Western Digital Corp (Common) | A | Dividend | | | Sold | 10/03/18 | J | | |
| 788. -Wex Inc (Common) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 789. -Williams Sonoma Inc (Common) | A | Dividend | L | T | Sold (part) | 06/05/18 | J | B | |
| 790. -Wintrust Financial Corp (Common) | A | Dividend | | | Buy | 05/01/18 | J | | |
| 791. | | | | | Sold | 12/07/18 | J | | |
| 792. -Xenia Hotes & Resorts (Common) | A | Dividend | J | T | Buy | 08/01/18 | J | | |
| 793. -Yum Brands (Common) | A | Dividend | K | T | Buy | 11/07/18 | K | | |
| 794. -Zebra Technologies Corp (Common) | | None | J | T | Buy | 04/03/18 | J | | |
| 795. -Zions Bancorp (Common) | A | Dividend | | | Buy | 05/01/18 | J | | |
| 796. | | | | | Sold | 10/02/18 | J | | |
| 797. -Zoetis Inc (Common) | A | Dividend | J | T | | | | | |
| 798. Brokerage (H) | | | | | | | | | |
| 799. -Alon USA Partners LP (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800. -Andeavor (Common) | | | | | Merged<br>(with line 811) | 10/01/18 | J | | |
| 801. -BreitBurn Energy Partners LP Bond | | None | | | Expired | 04/12/18 | J | | |
| 802. -BP PLC Sponsored ADR (Common) | B | Dividend | L | T | | | | | |
| 803. -Calumet Specialty Products LP (Common) (Y) | | | | | | | | | |
| 804. -CVR Refining LP Com Unit Repstg LTD Partner (Common) | A | Dividend | J | T | | | | | |
| 805. -Delek US Holdings Inc (Common) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 806. -Fidelity Cash Reserves Fund | C | Dividend | M | T | | | | | |
| 807. -Fidelity Municipal Income Fund | A | Dividend | K | T | | | | | |
| 808. -Kinder Morgan Energy Partners LP (Common) | A | Dividend | J | T | | | | | |
| 809. -Lincoln National (Common) | B | Dividend | M | T | | | | | |
| 810. -Linn Energy LLC (Common) | | None | | | Sold | 01/26/18 | J | | |
| 811. -Marathon Oil Petroleum Corp (Common) formerly known as Andeavor (X) | A | Dividend | J | T | Open | 10/01/18 | J | | |
| 812. -Nisource (Common) | A | Dividend | K | T | | | | | |
| 813. -Northstar Realty Finance Corp (Common) | A | Dividend | | | Sold | 07/02/18 | J | A | |
| 814. -Nustar Energy LP (Common) | A | Dividend | J | T | | | | | |
| 815. -Plains All American Pipeline LP (Common) | A | Dividend | J | T | | | | | |
| 816. -Riveria Resource Inc (Common) | | None | J | | Buy | 08/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  -Roan Resource Inc (Common) | | None | J | T | Buy | 01/05/18 | J | | |
| 818.  -Sun Communities (Common) | A | Dividend | K | T | | | | | |
| 819.  Investment Club (H) | | | | | | | | | |
| 820.  -Allena Pharmaceuticals Inc (Common) | | None | J | T | Buy | 07/09/18 | J | | |
| 821.  -Apple (Common) | A | Dividend | J | T | | | | | |
| 822.  -Concho Resources (Common) | | None | J | T | Buy | 06/29/18 | J | | |
| 823. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 824. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 825. | | | | | Sold (part) | 08/28/18 | J | | |
| 826.  -Costco Wholesale Corp (Common) | A | Dividend | J | T | | | | | |
| 827.  -Devon Energy Corp (Common) (X) | A | Int./Div. | | | Sold | 08/30/18 | J | | |
| 828.  -Disney Walt Co (Common) | | None | | | Sold | 07/02/18 | J | A | |
| 829.  -DowDupont Inc (Common) (X) | A | Dividend | J | T | | | | | |
| 830.  -Facebook Inc (Common) | | None | J | T | | | | | |
| 831.  -Five Below Inc (Common) | | None | | | Sold | 05/31/18 | J | B | |
| 832.  -Immunomedics, Inc. (Common) | | None | J | T | Buy | 09/17/18 | J | | |
| 833. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|

Cleand, Robert H.

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -Micron Technology Inc (Common) | | None | J | T | Sold (part) | 06/28/18 | J | | |
| 835. | | | | | Sold (part) | 07/03/18 | J | | |
| 836.  -JP Morgan Chase & Co (Common) | A | Dividend | J | T | | | | | |
| 837.  -Nektar Therapeutics (Common) | A | Dividend | | | Buy | 07/10/18 | J | | |
| 838. | | | | | Sold (part) | 10/01/18 | J | | |
| 839. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 840. | | | | | Sold | 12/13/18 | J | | |
| 841.  -Nvidia Corp (Common) | A | Dividend | | | Sold | 07/03/18 | J | B | |
| 842. | | | | | Buy | 07/10/18 | J | | |
| 843.  -Omeros Corp (Common) | | None | J | T | | | | | |
| 844.  -Procter Gamble Co (Common) | A | Dividend | | | Sold | 07/10/18 | J | A | |
| 845.  -XPO Logistics Inc (Common) | | None | | | Sold (part) | 03/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line   8 - Aetna merged with CVS Health Corp and changed its name to CVS Health Corp as of Noember 28, 2018

Line   15 - Andeavor merged with Marathon Petroleum Corp and changed its name to Marathon Petroleum Corp as of October 1, 2018

Line   16 - AT&T formerly known as Time Warner 2017 Line 146

Line   49 - CVS Health Corp formerly known as Aetna 2017 Line 6

Line 123 - Marathon Petroleum Corp formrely known as Andeavor 2017 Line 17

Line 143 - NVent spun off from Pentair 2017 Line 118

Line 173 - Time Warner merged with AT&T and changed its name to AT&T as of April 11, 2018

Line 205 - Aetna merged with CVS Health Corp and changed its name to CVS Health Corp as of November 28, 2018

Line 215 - AT&T formerly known as Time Warner Line 341

Line 221 - Booking Holdings Inc formerly known as Priceline Group Inc 2017 Line 353

Line 244 - CVS Health Corp formerly known as Aetna 2017 Line 196

Line 254 - Encompass Health formerly known as Healthsouth 2017 Line 294

Line 268 - Healthsouth changed it's name to Encompass Health as of January 2, 2018

Line 308 - Priceline changed its name to Booking Holdings Inc

Line 340 - Time Warner merged with AT&T and changed its name to AT&T as of April 11, 2018

Line 414 - AT&T formerly known as Time Warner 2017 Line 817

Line 429 - Booking Holdings Inc formerly known as Priceline Group Inc 2017 Line 752

Line 513 - Encompass Health formerly known as Healthsouth 2017 Line 610

Line 543 - Healthsouth changed it's name to Encompass Health as of January 2, 2018

Line 682 - Priceline changed its name to Booking Holdings Inc

Line 662 - NVent spun off from Pentair 2017 Line 745

Line 744 - Time Warner merged with AT&T and changed its name to AT&T as of April 11, 2018

## FINANCIAL DISCLOSURE REPORT

Page 55 of 55

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/19/2019

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Cleland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544